Petition / Request to Clerk to Issue §512(h) Subpoena

FILED
SEP -9 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
CV 25 80271 MISC.
TSH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DMCA Subpoena to Meta Platforms, Inc.    )   Misc. No. _____

)

) PETITION / REQUEST TO CLERK

) FOR ISSUANCE OF DMCA §512(h)

) SUBPOENA

)

Petitioner Amir Randle-Matthew Amini, the copyright owner of the work(s) identified in the DMCA notification attached as Exhibit A, respectfully requests that the Clerk issue the proposed subpoena pursuant to 17 U.S.C. §512(h).

This request is supported by (1) a copy of the written notification compliant with 17 U.S.C. §512(c)(3) (Exhibit A); (2) the proposed subpoena (Exhibit B); and (3) the sworn declaration required by §512(h)(2)(C) (Exhibit C).

Dated: August 26, 2025

Respectfully submitted,

*/s/ Amir Randle-Matthew Amini*

Amir Randle-Matthew Amini

915 W Grape St, Apt 706

San Diego, CA 92101

Email: amir.amini31@gmail.com
Phone: 720-305-6934