Sworn Declaration (§512(h)(2)(C))

SWORN DECLARATION (17 U.S.C. §512(h)(2)(C))

I, Amir Randle-Matthew Amini, declare under penalty of perjury under the laws of the United States that:

1. I am the copyright owner of the copyrighted work(s) identified in the notification attached as Exhibit A.

2. The purpose for which the subpoena is sought is to obtain the identity of an alleged infringer of those work(s) as described in the notification.

3. The information obtained through the subpoena will be used only for the purpose of protecting rights under Title 17 of the United States Code.

Executed on August 26, 2025 at San Diego, California.

*[signature]*

Amir Randle-Matthew Amini