Proposed Subpoena to Identify Alleged Infringer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DMCA Subpoena to Meta Platforms, Inc.    ) Misc. No. _____
                                                )
                                                ) SUBPOENA TO IDENTIFY ALLEGED
                                                ) INFRINGER – 17 U.S.C. §512(h)
                                                )

TO: META PLATFORMS, INC. (Facebook/Instagram)

  Attn: Meta Designated Agent

  1601 Willow Road, Menlo Park, CA 94025

  Email: ip@fb.com
Phone: 720-305-6934

YOU ARE HEREBY ORDERED to expeditiously disclose to Petitioner information sufficient to identify

the alleged infringer who posted or directed the posting of the material described in Petitioner's

notification (attached as Exhibit A) at the following URL(s):

- https://www.facebook.com/groups/785277729665105/permalink/1232498008276406/

The information sufficient to identify shall include, to the extent available to Meta Platforms, Inc.:

  a. The account holder's name(s), physical address(es), and telephone number(s);

  b. Email address(es) associated with the account and username/handle(s);

  c. Date/time of account creation;

  d. The Internet Protocol address(es) and timestamp(s) associated with creation of the account
     and with the posting/uploading of the material identified above; and

  e. Any other contact or identifying information sufficient to identify the alleged infringer.

This subpoena does not seek the contents of communications. Production may be made electronically (PDF/CSV) to: amir.amini31@gmail.com or by mail to: 915 W Grape St, Apt 706, San Diego, CA 92101. Please preserve relevant logs and records pending production.

Time for Compliance: Within 14 days of service, unless otherwise agreed in writing.

Date: _____        By: _____

Clerk of Court, U.S. District Court

Northern District of California

Return of Service:

I served this subpoena on Meta Platforms, Inc. on _____ by [certified mail / personal service /

email to ip@fb.com], and I certify under penalty of perjury that the foregoing is true and correct.

Date: _____        Signature: _____

Name/Title: