# Exhibit A – DMCA Notice Details

Exhibit A – Copy/Details of DMCA Notice (Facebook Complaint No. 1300028428189368)

• Relationship to rights owner: I am the rights owner.

• Full name: Amir Randle-Matthew Amini

• Mailing address: 915 W Grape St, Apt 706, San Diego, CA 92101

• Email: amir.amini31@gmail.com
Phone: 720-305-6934

• Jurisdiction: United States

• Type of work: Photo

• Description of the copyrighted work: A private photo taken in a non-public setting of myself that I own. I have uploaded the full quality original image as proof. I am the original photographer and copyright owner of this work. The photograph has been reproduced without authorization.

• Infringing content URL:
https://www.facebook.com/groups/785277729665105/permalink/1232498008276406/

• Why reported: This content copies my work.

• Additional information (fair use rebuttal): The post in question is not a parody, satire, or legitimate criticism. Parody requires targeting or commenting on the copyrighted work itself, but here my photograph is simply used as a backdrop to solicit gossip about me personally. The caption "Anyone have any experience with Amir?" is an invitation to solicit gossip about me personally. The photo is not being mocked, critiqued, or transformed in any way. Instead, it is reproduced in full, without authorization, for the purpose of drawing attention to me and encouraging harmful commentary. This type of use is neither transformative nor fair use, and it infringes my exclusive rights under Title 17 of the United States Code. Furthermore, Meta profits by serving ads adjacent to the infringing post.

• Requests included in notice: Immediate removal of the infringing post (including copies/previews/thumbnails/cached/CDN versions and search indices), permanent prevention of re-uploads of the same image at this location, preservation of evidence (uploader account details, IP logs, timestamps, view/ad impression counts, monetization data) pending legal action, and written confirmation within 48 hours.

• Electronic signature: Amir Randle-Matthew Amini

## Exhibit A-1 – Facebook Acknowledgment

Exhibit A-1 – Facebook Acknowledgment

The Facebook Team received a report from you. For reference, your complaint number is 1300028428189368.

Please note that the form you filled out is for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted our team about another matter, you might not receive a response.

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of the Help Center for additional information.

IP Help Center:

https://www.facebook.com/help/intellectual_property?ref=cr

Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

- Hacked accounts:

https://www.facebook.com/help/1216349518398524?ref=cr

- Fake/Impostor accounts (timelines):

https://www.facebook.com/help/174210519303259?ref=cr

- Abuse (including spam, hate speech and harassment):

https://www.facebook.com/help/263149623790594?ref=cr

- Pages (including admin issues):

https://www.facebook.com/help/pages?ref=cr

- Unauthorized photos or videos:

https://www.facebook.com/help/327689333983073?ref=cr

- Login issues:

https://www.facebook.com/help/login?ref=cr

- Help for users who have been disabled or blocked:

https://www.facebook.com/help/warnings?ref=cr


If the links above do not contain the information you're looking for, you may want to search the Help Center for more assistance: https://www.facebook.com/help?ref=cr


As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.


Thanks for contacting Facebook,


The Facebook Team

## Exhibit A-2 – Copyright Office Submission (Unpublished) – Confirmation

U.S. Copyright Office Application - Confirmation of Receipt

Copyright Office <noreply@loc.gov>
to me

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY

Your Application and payment for the work Photographs of Ams were received by the U.S. Copyright Office on [date].

PLEASE NOTE: Your submission is not complete until you upload or mail the material you are registering. To do so, logon to [link] and click on case number 1-[number] in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at [link].

SHIPPING SLIPS: If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link at the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-[number]. If you have questions or need assistance, Copyright Office contact information can be found at [link].

United States Copyright Office

8/26/25, 2:57 PM  (1) Facebook



**Anonymous member**
May 29

Anyone have any experience with Amir?

https://www.facebook.com/photo/?fbid=1476815763477232&set=gm.1232498008276406&idorvanity=785277729665105  1/1