## Cover Letter to Clerk (Certified Mail)

Amir Randle-Matthew Amini

915 W Grape St, Apt 706

San Diego, CA 92101

Email: amir.amini31@gmail.com
Phone: 720-305-6934

August 26, 2025

Via Certified Mail

Office of the Clerk

U.S. District Court, Northern District of California

Phillip Burton Federal Building & U.S. Courthouse

450 Golden Gate Avenue, Box 36060

San Francisco, CA 94102-3489


Re: Request for Issuance of DMCA §512(h) Subpoena to Meta Platforms, Inc. (Facebook/Instagram) — Facebook Complaint No. 1300028428189368


Dear Clerk of Court:


Enclosed please find the following for opening a civil miscellaneous matter and issuance of a subpoena pursuant to 17 U.S.C. §512(h):

1. Petition/Request for Issuance of DMCA §512(h) Subpoena;

2. Sworn Declaration (17 U.S.C. §512(h)(2)(C));

3. Proposed Subpoena to Meta Platforms, Inc.; and

4. Exhibit A (copy of the DMCA notice previously submitted to Facebook) and Exhibit A-1 (Facebook acknowledgment).

Please open a miscellaneous case, file the documents, and issue/sign the enclosed subpoena. Enclosed is the applicable $52 miscellaneous filing fee and a self-addressed stamped envelope for return of the issued subpoena.

Sincerely,

*[signature]*

Amir Randle-Matthew Amini