Generated: Sep 9, 2025 1:08PM                                                                 Page 1/1



# U.S. District Court

## California Northern - San Francisco

Receipt Date: Sep 9, 2025 1:08PM

AMIR AMINI
915 W GRAPE ST APT 706
SAN DIEGO, CA 92101

| Rcpt. No: 311174154 | | Trans. Date: Sep 9, 2025 1:08PM | | Cashier ID: #MB (3759) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 205 | Miscellaneous Filing Fees | | 1 | 52.00 | 52.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #102 | 08/26/2025 | $52.00 |
| | | | Total Due Prior to Payment: | $52.00 |
| | | | Total Tendered: | $52.00 |
| | | | Total Cash Received: | $0.00 |

Comments: Case 3:25-mc-80271 Judge Thomas S. Hixson

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.