Amir Randle-Matthew Amini
915 W Grape St, Apt 706
San Diego, CA 92101

CERTIFIED MAIL – CLERK OF COURT

Office of the Clerk
U.S. District Court, Northern District of California
Phillip Burton Federal Building & U.S. Courthouse
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489



9589 0710 5270 2382 9903 41

RDC 99

94102

U.S. POSTAGE PAID
FCM LG ENV
SAN DIEGO, CA 92101
SEP 06, 2025
$7.47
S2324M504988-25