**Schedule A – Records Requested (NDCA Case No. 25-mc-80271)**

Authority & Scope. This subpoena is issued pursuant to 17 U.S.C. § 512(h) and seeks only NON-CONTENT identifying information sufficient to identify the user who posted the image located at:

https://www.facebook.com/groups/785277729665105/permalink/1232498008276406/

It does NOT seek the contents of any communications (e.g., messages, timeline posts, photos, captions, comments) and should be construed consistently with the Stored Communications Act, 18 U.S.C. §§ 2701–2703.

Please produce, to the extent available:

1) Subscriber / Account Identifiers: Full name; physical address; telephone number(s); email address(es); account username/handle; and internal account/user ID(s).
2) Account Registration Details: Date and time of account creation (with time zone), and the IP address(es) and timestamp(s) used at account creation.
3) Posting Event Identification (Non-Content Logs): Date/time (with time zone) and the IP address(es) used to post the image at the URL above, including any subsequent edits or deletions of that specific post.
4) Alternate Contact / Recovery Data: Any backup email address(es) or phone number(s) the user provided for account recovery.

Exclusions & SCA Compliance. This subpoena does not request message bodies, post/photo content, or any nonpublic content. If you contend that disclosure of any particular item above would reveal 'contents of communications' under 18 U.S.C. § 2702 or § 2703, please withhold only that content and produce the remaining non-content records responsive to Items 1–4.

Production. Please produce electronically (PDF/CSV) to amir.amini31@gmail.com; backup by mail to 915 W Grape St, Apt 706, San Diego, CA 92101. If you anticipate delay or user notice/objection, please advise of the timeline.